**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**
Presiding in Grand Junction, Colorado

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:  March 8, 2016 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Sherrie Blake | |
| Interpreter: | Catherine Bahr | |

Criminal Action No. 15-cr-00375-MSK-GPG

*Parties*:                                                                *Counsel*:

UNITED STATES OF AMERICA,                    Peter Hautzinger

       Plaintiff,

v.

MARTIN CURIEL-GARCIA,                             Matthew Belcher

       Defendant.

_____

**SENTENCING MINUTES**
_____

**8:31 a.m.     Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on November 24, 2015.  Defendant pled guilty to Count 1 of the Information.**  The Court adopts the Recommendation of the Magistrate Judge to accept defendant's Plea of Guilty (**Doc. #69**).

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #95).**  Argument.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:** Government Motion for Decrease for Acceptance of Responsibility (**Doc. #104**) is **GRANTED.**

**ORDER:** Government's Motion to Dismiss Counts (**Doc. #109**) is **GRANTED**.

**ORDER:** Defendant's Motion for Non-Guideline Sentence (**Doc. #95**) is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:05 a.m.** **Court in recess.**

Total Time:     34 Minutes.
Hearing concluded.